ACCEPTED
12-14-00104-cr
TWELFTH COURT OF APPEALS
TYLER, TEXAS
9/22/2015 6:10:42 PM
Pam Estes
CLERK

# JAMES W. HUGGLER, JR.

## ATTORNEY AT LAW

Board Certified in Criminal Law
Board Certified in Criminal Appellate Law

Texas Board of Legal Specialization

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/22/2015 6:10:42 PM
PAM ESTES
Clerk

September 22, 2015

Pam Estes, Clerk
Twelfth Court of Appeals
1517 West Front Street, Suite 354
Tyler, Texas 75702

RE:    Charles Walker v. State
       Appeal Number:    12-14-00104-CR
       Trial Number:     5267
                         Rains County

Dear Ms. Estes,

I certify that I have complied with TEX R. APP. P. 48.4. The entire letter and envelope were returned by the U.S. Post Office. Upon calling the Appellant, a new address was given and a new letter, along with the *Opinion* that was issued. I am enclosing a copy of the certified mail envelope and green card attached from the first letter and the receipt for the second attempt.

If you have any questions, please feel free to contact me at any time.

Sincerely,

James W. Huggler, Jr.

JWH:ag

Attachment:     Certified Mail Envelope with Green Card Attached
                Certified Mail Receipt

cc:        Robert Vititow (w/o Enclosures)

F:\Corel User Files\Clients\APPEALS\Walker, Charles\Court.48-4Letter.09-22-15.wpd

Resent – 9/21/15

**JAMES W. HUGGLER, JR.**
ATTORNEY AT LAW

First Place Building
100 East Ferguson, Suite 805
Tyler, Texas 75702

ATTORNEY - CLIENT MAIL
PRIVILEGED
DO NOT OPEN

CERTIFIED MAIL™

7013 2630 0000 4405 3477



U.S. POSTAGE
$6.96
FCM LETTER
75701
Date of sale
09/03/15
06  2S00
08205420

Charles Michael Walker
PO Box 176
Point, TX 75472



NIXIE      750  DE 1      0009/15/15

RETURN TO SENDER
VACANT
UNABLE TO FORWARD

BC: 75702575405      *2382-03082-15-21

75702@5754

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CHARLIE WALKER
Po Box 176
POWST, TX 75472

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _____  ☐ Agent
                            ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

   7013 2630 0000 4405 3477

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To
Charles M. Walker

Street, Apt. No.;
or PO Box No. 3974 Walker Rd

City, State, ZIP+4
Lone Oak, TX 75453

PS Form 3800, August 2006          See Reverse for Instructions

7012 2640 0000 4405 3514